IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50944
Summary Calender

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES LEE WALLACE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-95-CR-109-2
- - - - - - - - - -
September 18, 1997
Before DUHE', DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Charles Lee Wallace has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Our independent review of the brief, Wallace's response, and the
record discloses no nonfrivolous issues.  5th Cir. R. 42.2.
Accordingly, counsel is excused from further responsibilities
herein and the APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.